UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANA LYNN WEST,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

No. C 13-00087 PJH

**ORDER REQUIRING CLARIFICATION OF APPLICATION TO PROCEED IN FORMA PAUPERIS**

    Plaintiff Diana Lynn West has filed an application to proceed in forma pauperis, in which she states that she has not received any federal or state welfare payments in the past twelve months. Doc. no. 2 ¶ 2.e. The complaint, however, attaches a letter from the Social Security Administration dated July 31, 2012, indicating that plaintiff's Supplemental Security Income payment is $854.40, beginning January 2012. Plaintiff is ordered to file an affidavit or amended IFP application which explains or clarifies this apparent discrepancy.

    Further, plaintiff names "U.S.D.C. for the Eastern District of California" as a defendant in the caption. Because plaintiff is a resident of San Francisco, it appears that venue is appropriate in this judicial district, rather than the Eastern District of California. If naming the United States District Court for the Eastern District of California was an error, plaintiff is directed to remove that reference in future filings. If plaintiff intends to name the District Court as a party in this action, however, she must amend the complaint to state what claims are brought against the District Court.

    **IT IS SO ORDERED.**

Dated: January 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge