UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA L. WEST,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 13-00087-KAW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SEEK PRO BONO COUNSEL; ORDER REFERRING PLAINTIFF TO THE FEDERAL PRO BONO PROJECT<br><br>(Dkt. Nos. 24 & 25) |

On July 3, 2013, Plaintiff Diana L. West requested an extension of time to seek pro bono counsel. (Dkt. No. 24.) Plaintiff stated that she had an appointment with legal counsel that was cancelled by her prospective attorney without notice, and she has not had an opportunity to obtain other counsel. *Id.* Pursuant to this district's Procedural Order for Social Security Actions, Plaintiff's motion for summary judgment was due on July 8, 2013.

Also on July 3, 2013, Plaintiff requested that pro bono counsel be appointed by the Court. (Dkt. No. 25.) The Court hereby refers Plaintiff to the Federal Pro Bono Project for intake to determine whether pro bono counsel is appropriate. Plaintiff must call the appointment hotline at (415) 782-8982 to make an appointment. Making an appointment does not guarantee that Plaintiff will receive pro bono counsel.

Plaintiff's request for an extension is GRANTED. Plaintiff, however, is hereby notified that her **motion for summary judgment** is due sixty (60) days from the date of this order.

IT IS SO ORDERED.

DATE: July 19, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1