MELINDA HAAG – CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
KEVIN G. GILL – CSBN 226819
Special Assistant United States Attorney

    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:   (415) 977-8995
    Facsimile:    (415) 744-0134
    E-Mail: kevin.gill@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA L. WEST,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | **Case No. 4:13-cv-00087-KAW**<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE** |

TO THE HONORABLE KANDIS A. WESTMORE:

IT IS HEREBY STIPULATED, by and between the parties, through Plaintiff *in pro per* and through Defendant's counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment. Counsel for Defendant requests this extension due to the lapse in federal appropriations and the related reassignment to new counsel.

The current due date is October 18, 2013. The new due date for Defendant's brief will be November 18, 2013. Accordingly, Plaintiff's reply would then be due on or before December 2,

1   2013. The parties further stipulate to any additional modifications to the Court's Scheduling
2   Order that may be made necessary by this extension.

3
4                                               Respectfully submitted,
5   DATE: October 16, 2013

6
7
                                    BY:     *Diana L. West* *
8                                           DIANA L. WEST
                                            Plaintiff in pro per
9
                                            * *By email authorization on October 16, 2013*
10

11

12  DATE: October 16, 2013          MELINDA L. HAAG
                                    United States Attorney
13                                  DONNA L. CALVERT
                                    Acting Regional Chief Counsel, Region IX
14                                  Social Security Administration

15

16
                                    BY:     /s/ Kevin G. Gill
17                                          KEVIN G. GILL
                                            Special Assistant United States Attorney
18                                          Attorneys for Defendant

19

20  ORDER:

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  Dated: 10/17/13                         *Kandis Westmore*
                                    THE HONORABLE KANDIS A. WESTMORE
24                                  United States Magistrate Judge

25

26

27

28

                                    -2-