1  MELINDA HAAG – CSBN 132612
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   KEVIN G. GILL – CSBN 226819
4  Special Assistant United States Attorney

5       Social Security Administration
        160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone:   (415) 977-8995
7       Facsimile:   (415) 744-0134
        E-Mail:  kevin.gill@ssa.gov
8
   Attorneys for Defendant
9

10                          **UNITED STATES DISTRICT COURT**

11                          **NORTHERN DISTRICT OF CALIFORNIA**

12

13  DIANA L. WEST,                          )  **Case No. 4:13-cv-00087-KAW**
                                            )
14            Plaintiff,                    )  **STIPULATION TO EXTEND BRIEFING**
                                            )  **SCHEDULE**
15        vs.                               )
                                            )
16  CAROLYN W. COLVIN, Acting               )
                                            )
17  Commissioner of Social Security,        )
                                            )
18            Defendant.                    )
                                            )
19                                          )
                                            )
20  _____ )

21       TO THE HONORABLE KANDIS A. WESTMORE:

22       IT IS HEREBY STIPULATED, by and between the parties, through Plaintiff *in pro per*

23  and through Defendant's counsel of record, that Defendant shall have an extension of time of 30

24  days to respond to Plaintiff's Motion for Summary Judgment.  Counsel for Defendant requests

25  this extension due to the lapse in federal appropriations and the related reassignment to new

26  counsel.

27       The current due date is October 18, 2013.  The new due date for Defendant's brief will be

28  November 18, 2013.  Accordingly, Plaintiff's reply would then be due on or before December 2,

-1-

1  2013.  The parties further stipulate to any additional modifications to the Court's Scheduling
2  Order that may be made necessary by this extension.

                                  Respectfully submitted,

DATE: October 16, 2013

BY:  *Diana L. West* *
     DIANA L. WEST
     Plaintiff in pro per

*\* By email authorization on October 16, 2013*

DATE:  October 16, 2013         MELINDA L. HAAG
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

BY:  */s/ Kevin G. Gill*
     KEVIN G. GILL
     Special Assistant United States Attorney
     Attorneys for Defendant

ORDER:

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/17/13                                            *Kandis Westmore*
                                            THE HONORABLE KANDIS A. WESTMORE
                                            United States Magistrate Judge